# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2019

157116

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SHAE LYNN MULLINS,
      Defendant-Appellant.

SC: 157116
COA: 334098
Berrien CC: 2015-000156-FH

_____/

      On May 7, 2019, the Court heard oral argument on the application for leave to appeal the November 30, 2017 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2019



t0723

Clerk